## No. 13,908.

London Guaranty and Accident Company et al. *v.* Shireman et al.

(59 P. [2d] 1182)

Decided July 6, 1936.

Judgment affirmed in department without written opinion, Mr. Justice Hilliard, sitting for Mr. Chief Justice Campbell, Mr. Justice Bouck and Mr. Justice Young participating.

Mr. William E. Hutton, Mr. Bruce B. McCay, for plaintiffs in error.

Mr. Paul P. Prosser, Attorney General, Mr. Louis Schiff, Assistant, Mr. Hamlet J. Barry, Mr. Norman H. Comstock, for defendants in error.